VAN C. SWEARENGEN AS MAYOR OF THE CITY OF JACKSONVILLE, *Appellant,* v. W. M. BOSTWICK, JR., CHAIRMAN, SIG HESS, SECRETARY, HENRY GAILLARD, CHAIRMAN OF POLICE COMMITTEE, S. C. HARRISON, JR., ALEX MERRELL, F. M. RICHARDSON, R. E. WHEELER, GEORGE H. MASON AND GUSTAV MULLER, EACH SEVERALLY AS MEMBERS OF THE BOARD OF BOND TRUSTEES OF THE CITY OF JACKSONVILLE, AND JOINTLY AS THE BOARD OF BOND TRUSTEES OF SAID CITY, *Appellees.*

Opinion Filed February 3, 1914.

Appealed from Circuit Court for Duval County; G. C. Gibbs, Judge.

*D. C. Campbell,* for Appellant;

*P. H. Odom* and *E. J. L'Engle,* for Appellees.

PER CURIAM.—This cause coming on for final hearing upon the transcript of record and arguments of counsel for the respective parties, and having been duly considered by the court, and no reversible error being made to appear, it is, therefore, considered, ordered and adjudged by the court that the order or decree of the Circuit Court to review which the appeal was entered in this cause, be and the same is hereby affirmed at the cost of the appellant.